# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

TENNYSON HARRIS                             :

Vs                                          :        CV205-210
                                                     Appeal No. 06-13156-H

WARDEN JOSE M. VASQUEZ                      :

## ORDER

The United States Court of Appeals for the Eleventh Circuit has dismissed Appellant's appeal for want of prosecution because the appellant has failed to pay the required filing fee,

IT IS HEREBY ORDERED that the order of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court.

This ___12___ day of July, 2006.

                                            Anthony A. Alaimo
                                            United States District Judge
                                            Southern District Of Georgia